## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **:** |
| | **:** |
| | **: CRIMINAL ACTION FILE** |
| **v.** | **: NO. 1:20-CR-00481-SCJ-RDC** |
| | **:** |
| **ELDRIDGE MAURICE BENNETT** | **:** |
| **Defendant.** | **:** |
| _____ | **:** |

### DEFENDANT'S SENTENCING MITIGATION LETTERS

**COMES NOW** the Defendant, Eldridge Maurice Bennett through Counsel

and hereby submits the attached letters in mitigation of any sentence to be imposed

by the Court after consideration of the same and considering argument of Counsel.

**RESPECTFULLY SUBMITTED,** this 30th, day of November 2023.

Dwight L. Thomas, P.C.            */s/Dwight L. Thomas*
2296 Henderson Mill Road, Ste. 304   Dwight L. Thomas
Atlanta, GA 30345                Attorney at Law
Phone: (404) 522-1400            Georgia Bar No. 704825
Email: dwightl654@gmail.com

Case 1:20-cr-00481-SCJ-RDC   Document 178   Filed 11/30/23   Page 2 of 7

# DEFENDANT ELDRIDGE M. BENNETT SENTENCING MITIGATION LETTERS (EXHIBITS 1 - 4)



**EXHIBIT**

**1**

# Letter of responsibility

1 message

**Eldridge Bennett**                                              Sun, Oct 29, 2023 at 8:05 PM
To: Janet Monroe

To the courts,
I am writing to express my deepest remorse for my actions and the harm that I have caused the parties involved. I understand my behavior was unacceptable and that it had a significant impact on their lives . I am taking full responsibility for my actions, and I am committed to making admen's.


Eldridge Bennett


Sent from Yahoo Mail for iPad



EXHIBIT
2

## Biography

My name is ELDRIDGE MAURICE BENNETT. I was born on May 13th, 1957, in Greenville South Carolina. My mother name is Mazie Bennett and My father's name is Ernest Bennett (by adoption). I have three daughters Natasha (in S.C.) Natashi (in GA) Eliayah (in GA). I have 3 brothers (James, lives in S.C.), Jairone( lives in CA) and J.B.(lives in GA), A sister Jaimel (lives in Texas). I graduated high school in 1975 from Southside High School. Worked while in school at different jobs after school. Also worked at Michelin Tires Co., after school until I joined the Navy in 1984 and received OTH discharge from the Navy in 1988. Additionally, I worked for Independence Blue Cross of Philadelphia 1988-1997. I moved to GA in 1997 and worked for G.E. CAPITAL 1997-2002. From 2002-2008 worked for Howdens Millwork as a cabinet designer (Company moved back to the U.K.). From 2008 -2014 worked for HBJ construction building Gwinnett High Schools and from 2014 til 2018 I worked for Matthew's International (a casket distributor). I became disabled in 2018.


Thank you,

Eldridge M. Bennett



Janet Monroe <janet@

## Mr. Bennett
1 message

**KRoss Masonry**                                            Sat, Oct 28, 2023 at 10:33 AM
To:

**To whom it may concern, this is Deacon Lewis and Evangelist Kathy Ross. We have know Mr. Eldridge Bennett for over 13 year now. We met while living in Gwinnett county and instantly became friends. He worked with Deacon Ross together in construction and when he left the company they were working for, Mr Bennett followed him and they have been working together every since. Mr. Bennett has become a really close family friend And our kids know him as uncle El. He has not only been a great help to us and our family but he has also been a great shoulder to lean on as a great friend. If you have any questions or need to reach me you can call me at 6789493605- Lewis Ross**

Lewis Ross- Owner



Janet Monroe <j>

# Character letter for Eldridge Bennett

1 message

**DSHTalentMgmt CynthiaA**                                      Fri, Oct 27, 2023 at 5:05 PM
To: "janet(

To Whom this may concern,
My name is Cynthia Felder. I am writing to you in regards to Eldridge Bennett. I moved to Georgia 10 years ago from SouthCarolina. I moved here as a single mother with two daughters. Not sure of my environment and doubting my decision to have moved so far away from my large family. I met Eldridge aka El.
One day while sitting in my front yard as a loner, this man walks by walking his brother's dog and politely says hello and introduces himself. He asks if I was new to the neighborhood. He was so kind and respectful and a gentleman. I latched on to him immediately. He is an awesome friend to me and my daughters who call him Uncle El because of his genuine love for them and me.
If El says. "I can", " I'll be there", " I can help";  you can count on him. He is true to his word. He is a manly man. One that is kind, respectful, compassionate, hardworking, dependable,trustworthy,generous, family oriented, intelligent,faithful, caring, honest, sincere, loving, God fearing and so much more.  One of very few I've met in my 53 years of living. I've always felt so safe knowing he's just a phone call away. My car broke down 50 minutes from home,  I call El. Home repairs and plumbing issues, I call El, My home was not as secure as I like, I call El. Me and the kids hungry, I call El. Family issues, I call El. Feeling scared, I call El. I became overwhelmed with renting and was almost homeless, El gave up his bachelor living and invited me and my girls to live with him;well over a year; totally platonic. I am forever grateful to El. I can only hope, I've been a good best friend to him in return.
My heart is broken and heavy knowing my friend may not be around for those that love and care for him. He's so dear to me and I'll miss him everyday if he's gone.
I pray and beg for his freedom and this time in his life is behind him. Please. He's truly a great person.
I appreciate your time in reading this. Thank you,

Sincerely,
Cynthia Felder
770.875.6936

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA  :

                               :

                               : CRIMINAL ACTION FILE

v.                            : NO. 1:20-CR-00481-SCJ-RDC

                               :

ELDRIDGE MAURICE BENNETT :
   Defendant.                :

_____ :

## CERTIFICATE OF SERVICE

I have this day served a copy of the foregoing Mitigation Letters using the

ECF system, which will send notification of such filing to the following:

Honorable Samir Kaushal
Assistant United States Attorney
U.S. Attorney Office-ATL
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

**RESPECTFULLY SUBMITTED,** this 30th, day of November 2023.


Dwight L. Thomas, P.C.           **_/s/Dwight L. Thomas_**
2296 Henderson Mill Road, Ste. 304   Dwight L. Thomas
Atlanta, GA 30345                  Attorney at Law
Phone: (404) 522-1400           Georgia Bar No. 704825
Email: dwightl654@gmail.com