# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00481-SCJ-RDC
## USA v. Cofield et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 01/05/2024.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:40 P.M.
TIME IN COURT: 00:40
OFFICE LOCATION: Atlanta

COURT REPORTER: Viola Zborowski
USPO: Candice Logan
DEPUTY CLERK: Pamela Wright

**DEFENDANT(S):**   [1]Arthur Lee Cofield Present at proceedings

**ATTORNEY(S) PRESENT:**   Drew Findling representing Arthur Lee Cofield
Samir Kaushal representing USA
Steven Sadow representing Arthur Lee Cofield

**PROCEEDING CATEGORY:**   Sentencing Hearing(Sentencing Hearing Non-evidentiary);

**MINUTE TEXT:**   Sentencing hearing held as to Counts 1 and 2 in 1:20-cr-0481-SCJ-01 and sole Count 1 in 1:23-cr-135-SCJ. Sentence imposed in 1:20-cr-0481: 111 months imprisonment as to Count 1 and 24 months as to Count 2 (consecutive); 3 years supervised release as to Count 1 and 1 year supervised released as to Count 2, concurrent; $200.00 special assessment; fine waived; $11,000,000.00 restitution, joint and several with co-defendant Eldridge Maurice Bennett; forfeiture. Sentence imposed in 1:23-cr-0135: 87 months imprisonment, concurrent with sentence imposed in 1:20-cr-0481-SCJ-01; 3 years supervised release, concurrent with term of imprisonment imposed in 1:20-cr-0481-SCJ-01; $100.00 special assessment; $394,000.00 restitution. The Court will recommend designation to FCI Jesup. Defendant was advised of his appeal rights and remanded to custody.

**HEARING STATUS:**   Hearing Concluded