## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA    :

    :

    : **CRIMINAL ACTION FILE**

**v.**     : **NO. 1:20-CR-00481-SCJ-RDC**

    :

**ELDRIDGE MAURICE BENNETT,**   :

    **Defendant.**     :

    :

## MOTION FOR REDUCTION IN SENTENCE

**COMES NOW** the Defendant Eldridge Maurice Bennett, through counsel, and respectfully moves this Honorable Court for a reduction in sentence pursuant to 18 U.S.C. §3582(c)(2) and U.S.S.G. §1B1.10 to wit:

1.

On May 12, 2023, Defendant pled guilty to Money Laundering 18 U.S.C. §1957.

2.

The Defendant was sentenced to (48) months followed by a term of three (3) years of supervised released.

3.

The Defendant has served approximately twenty-two percent (22%) of his time and is currently projected to be released on April 13, 2027.

4.

The Defendant has been a role model inmate and has had significant amounts of programming/rehabilitation (see Exhibit 1).

5.

On November 1st, 2023, The United States Congress voted to pass the U.S. Sentencing Commission Amendment for "zero-point" change, and for that passage to be retro-active pursuant to 18 U.S.C. §2582(c)(2) and U.S.S.G. §1B1.10

6.

The Defendant meets all the conditions listed in the newly amended U.S.S.G §4C1.1.

7.

The Defendant states that it would be in the best interest of justice if his sentence was reduced as provided by the laws aforementioned.

**CONCLUSION**

**WHEREFORE**, the Defendant prays that this Honorable Court grants this Motion for Reduction of Sentence and any other relief that this Honorable Court deem just, fair and in the best interest of justice.

**RESPECTFULLY SUBMITTED,** this 13th, day of February 2025.

Dwight L. Thomas, P.C.
2296 Henderson Mill Road, Ste. 304
Atlanta, GA 30345
Phone: (404) 522-1400
Email: dwightl654@gmail.com

*/s/Dwight L. Thomas*
Dwight L. Thomas
Attorney at Law
Georgia Bar No. 704825

DEFENDANT'S EXHIBIT

1

```
  MOND6          *          INMATE EDUCATION DATA          *       10-15-2024
PAGE 001 OF 001 *               TRANSCRIPT                 *       14:09:58


REGISTER NO: 21517-509     NAME..: BENNETT                    FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: MON-MONTGOMERY FPC


-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
MON  ESL HAS    ENGLISH PROFICIENT             03-22-2024 1211 CURRENT
MON  GED HAS    COMPLETED GED OR HS DIPLOMA    04-19-2024 1241 CURRENT


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL    DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
MON         ENTREP I                    10-15-2024 CURRENT
MON         REAL ESTATE INVESTMENT      09-16-2024 CURRENT
MON         STOCKMARKET                 08-30-2024 10-09-2024   P  C  P   12
MON         #6 VICTIM IMPACT            07-01-2024 10-09-2024   P  C  P   26
MON         HEALTH F SEMINAR & INFORM   09-26-2024 09-26-2024   P  C  P    4
MON         SPANISH I                   07-29-2024 08-30-2024   P  C  P   12
MON         STARTING A BUSINESS         07-08-2024 08-15-2024   P  C  P   10
MON         ACRYLIC PAINTING            08-07-2024 08-08-2024   P  C  P   11
MON         MARKETING (6:00 PM-8:00 P.M) 07-05-2024 07-31-2024  P  C  P    8
MON         BASIC ACCOUNTING            06-04-2024 07-17-2024   P  C  P   24
MON         BUSINESS PLANNING CLASS     06-04-2024 07-17-2024   P  C  P   24
MON         #6 GOAL SETTING AND VALUES  05-01-2024 06-04-2024   P  C  P    4
MON         #3 CREDIT AND FINANCE       05-01-2024 06-04-2024   P  C  P    2
MON         #2 CAREER PLANNING          05-01-2024 06-04-2024   P  C  P    1
MON         VETERANS AWARENESS          05-14-2024 06-04-2024   P  C  P    4
MON         ACE-RETIREMENT PLANNING     04-15-2024 05-14-2024   P  C  P    4
MON         DEBATE                      04-16-2024 05-14-2024   P  C  P    8
MON         #1 AIDS AWARENESS           04-02-2024 04-02-2024   P  C  P    1



G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:21517-509, Last Name:BENNETT

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 21517-509 | Risk Level Inmate....: R-MIN |
| Inmate Name |   General Level......: R-MIN (-14) |
|   Last.........: BENNETT |   Violent Level......: R-MIN (-7) |
|   First........: ELDRIDGE | Security Level Inmate: MINIMUM |
|   Middle.......: MAURICE | Security Level Facl..: MINIMUM |
|   Suffix.......: | Responsible Facility.: MON |
| Gender........: MALE | Start Incarceration..: 03/21/2024 |

### PATTERN Worksheet Summary

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 67 | 0 | 0 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 1 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 2 | -6 | -2 |
| Work Programs | 0 | 0 | 0 |
| | | Total  -14 | -7 |

### PATTERN Worksheet Details

Item: Programs Completed, Value: 2

General Score: -6, Violent Score: -2

Risk Item Data

| Category | - Assignment | - Start | - Stop |
|---|---|---|---|
| EDC | ACE-RETPLN | 04/15/2024 09:50 | 04/15/2024 09:50 |
| EDC | DEBATE | 04/16/2024 09:36 | 04/16/2024 09:36 |

Item: Work Programs, Value: 0

General Score: 0, Violent Score: 0

Risk Item Data

  No Data

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : |
|  | : |
|  | **: CRIMINAL ACTION FILE** |
| **v.** | **: NO. 1:20-CR-00481-SCJ-RDC** |
|  | : |
| **ELDRIDGE MAURICE BENNETT,** | : |
| **Defendant.** | : |
|  | : |

## CERTIFICATE OF SERVICE

**COMES NOW**, the undersigned counsel and files **Motion for Reduction in Sentence** in the above-styled matter.  I hereby certify that I have this day served a copy of the foregoing upon opposing counsel using the ECF system, which will send notification of such filing to the following:

Honorable Irina K. Dutcher
Assistant United States Attorney
Northern District of Georgia
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

RESPECTFULLY SUBMITTED, this 13th, day of February 2025.


Dwight L. Thomas, P.C.                    */s/Dwight L. Thomas*
2296 Henderson Mill Road, Ste. 304        Dwight L. Thomas
Atlanta, GA 30345                         Attorney at Law
Phone: (404) 522-1400                     Georgia Bar No. 704825
Email: dwightl654@gmail.com