IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ELDRIDGE MAURICE BENNETT

CRIMINAL CASE NO.
1:20-CR-0481-SCJ-02

## **ORDER**

This matter is before the Court on Defendant's Motion for Reduction of Sentence [Doc. 193]. The United States is hereby **ORDERED** to file a response within fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED** this 6th day of March, 2025.

STEVE C. JONES
UNITED STATES DISTRICT JUDGE