IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL CASE NO.
1:20-CR-0481-SCJ-02

ELDRIDGE MAURICE BENNETT

## ORDER

This criminal action is before the Court on its Order [Doc. 195] directing the United States to file a response to Defendant's Motion for Reduction of Sentence [Doc. 193] within 14 days. The Court's Order [Doc. 195] was entered in error and is hereby **VACATED**.

**IT IS SO ORDERED** this 13th day of March, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE