

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

---

*Richard Russell Federal Building*     *Telephone: (404) 581-6000*
*75 Spring Street S.W., Suite 600*     *Fax: (404) 581-6181*
*Atlanta, Georgia 30303*

April 8, 2026

Courtroom Deputies
U.S. Courthouse
75 Ted Turner, S.W.
Atlanta, Georgia 30303

Dear Courtroom Deputies:

This letter is to notify the Court, pursuant to Criminal Local Rule 57.(E)(4), that I will be out of the office on the following dates: June 24 through July 7, 2026. I respectfully request that the Court not schedule any court appearances in the below-referenced matters for those dates.

United States v. Agarwalb, 1:21-CR-326

United States v. Baskakov, et al., 1:20-CR-00325

United States v. Bennett, 1:23-CR-00324

United States v. Bui, 1:24-CR-00333

United States v. Chang, et al., 1:21-CR-00109

United States v. Chubarov, 1:24-CR-00053

United States v. Cofield, 1:23-CR-00135

United States v. Cofield, et al., 1:20-CR-00481

United States v. Dixson, 1:25-CR-00024

United States v. Ezewu, 1:21-CR-00036

United States v. George, 1:20-CR-00410

United States v. Hills, 1:15-CR-00052

United States v. Igbe, et al., 1:24-CR-00154

United States v. Job, 1:23-CR-00166

United States v. Kanyadan, et al., 1:23-CR-00028

United States v. Lewis, 1:21-CR-00231

United States v. Liu, 1:20-CR-00345

United States v. Mays, 1:23-CR-00172

United States v. Mays, et al., 1:22-CR-00343

United States v. McAfee, 1:25-CR-00387

United States v. McMillan, 1:23-CR-000309

United States v. Medvedev, 1:22-CR-000184

United States v. Neet, 1:25-CR-00554

United States v. Ochei, et al., 1:21-CR-00383

United States v. Ogunremi, et al., 1:25-CR-00073

United States v. Ostapenko, et al., 1:25-CR-00001

United States v. Parker, 1:24-CR-00211

United States v. Pyfrom-Foster, 1:23-CR-00164

United States v. Sajere, et al., 1:20-CR-00028

United States v. Simpson, 1:22-CR-00021

United States v. Taylor, et al., 1:15-CR-00322

United States v. Taylor, et al., 1:17-CR-00435

United States v. Wu, 1:24-CR-00295

United States v. Zhiyong, et al., 1:20-CR-00046

Sincerely,

THEODORE S. HERTZBERG
*United States Attorney*

/s/ Samir Kaushal

SAMIR KAUSHAL
*Assistant United States Attorney*

cc: Counsel for Defendants